IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41232
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CESAR AUGUSTO VASQUEZ-SANTOS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-01-CR-278-1
--------------------
August 21, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Appointed counsel for Cesar Augusto Vasquez-Santos, the
Federal Public Defender, has requested leave to withdraw as
counsel and has filed a brief in accordance with Anders v.
California, 386 U.S. 738 (1967).  Vasquez-Santos has not filed a
response.  Our independent review of the brief and the record
discloses no nonfrivolous issue.  Accordingly, counsel's motion

---

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.